JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAMAAS EL, | ) | Case No. 2:20-cv-07105-JC |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DANNY SAMUEL, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Memorandum Decision and Order Denying Habeas Corpus Petition and Dismissing Action with Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: January 26, 2023

_____/s/_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE